PROB 12C
(6/16)

Report Date: March 22, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2017

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: James Joseph Tolman | Case Number: 0980 2:03CR02237-RHW-1 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 18, 2004

| | | | |
|---|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d) | | |
| Original Sentence: | Prison - 120 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | James P. Hagarty | Date Supervision Commenced: | May 31, 2016 |
| Defense Attorney: | Anne Walstrom | Date Supervision Expires: | May 30, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On or about March 8, 2017, Mr. Tolman left the Eastern District of Washington and traveled to the Western District of Washington without prior approval of the Court or this officer.<br><br>On March 15, 2017, Mr. Tolman informed this officer he traveled to Seattle, Washington, on or about March 8, 2017, to visit his daughter.  Mr. Tolman did not seek, nor did he have, permission to travel outside of the Eastern District of Washington. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: On or about March 8, 2017, Mr. Tolman consumed heroin and cocaine. |

Prob12C
**Re: Tolman, James Joseph**
**March 22, 2017**
**Page 2**

      On March 15, 2017, Mr. Tolman informed this officer he had consumed heroin and cocaine while in Seattle, Washington. Mr. Tolman signed a drug use admission form.

3      **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

      **Supporting Evidence**: On March 1, 2017, Mr. Tolman failed to report to the United States Probation Office as directed.

      On February 13, 2017, this officer made contact with Mr. Tolman at his residence. Mr. Tolman advised this officer he had a warrant with the Washington State Department of Corrections and planned to turn himself in on that warrant on February 14, 2017. This officer directed Mr. Tolman to report to the probation office within 24 hours following his release from custody. Mr. Tolman was released from custody on February 28, 2017, and failed to report to the probation office as directed on March 1, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/22/2017

s/Jonathan G. Barcom

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Robert H Whaley_
Signature of Judicial Officer

3/30/2017
Date