PROB 12C
(6/16)

Report Date: July 10, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 11, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Joseph Tolman | Case Number: 0980 2:03CR02237-RHW-1 |
| Address of Offender: | Wapato, Washington 98951 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 18, 2004

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d) |
| Original Sentence: | Prison 120 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla |
| | Date Supervision Commenced: May 31, 2016 |
| Defense Attorney: | Jeffrey S. Dahlberg |
| | Date Supervision Expires: May 30, 2019 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/30/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability.  You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Mr. Tolman was terminated from intensive inpatient treatment on Saturday, July 1, 2017. |
| | Mr. Tolman's conditions were reviewed with him on June 6, 2016.  He signed his conditions acknowledging an understanding of his conditions which includes standard condition number 16, as noted above. |
| | On June 30, 2017, this officer received a phone call from a staff member at American Behavioral Health Services (ABHS) in Spokane, Washington.  The staff member advised Mr. Tolman would be terminated from services and put on a homeward bound bus on Saturday July 1, 2017.  The staff member advised Mr. Tolman was in violation of his treatment agreement due to misusing his medications. |

Prob12C
**Re: Tolman, James Joseph**
**July 10, 2017**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

July 11, 2017

Date