PROB 12C
(6/16)

Report Date:  June 11, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Joseph Tolman          Case Number: 0980 2:03CR02237-RHW-1

Address of Offender:                    Wapato, Washington  98951

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 18, 2004          Revocation Sentence Date: March 22, 2018

Original Offense:      Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d)

Original Sentence:     Prison - 120 months          Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation             Prison - 5 months
Sentence:              TSR - 31 months

Asst. U.S. Attorney:   Meghan M. McCalla          Date Supervision Commenced: May 3, 2018

Defense Attorney:      Jeffrey S. Dahlberg          Date Supervision Expires: December 2, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about May 27, 2018, Mr. Tolman consumed methamphetamine.

Mr. Tolman's conditions were reviewed with him on May 30, 2018.  He signed his conditions acknowledging an understanding of them, which includes special condition number 4, as noted above.

On May 30, 2018, Mr. Tolman reported to the United States Probation Office.  During the visit a urinalysis (UA) sample was collected which yielded a presumptive positive result for methamphetamine.  Mr. Tolman admitted to using methamphetamine on or about May 27, 2018, and signed a drug use admission form.

Prob12C
**Re: Tolman, James Joseph**
**June 11, 2018**
**Page 2**

2       **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: On or about June 5, 2018, Mr. Tolman consumed methamphetamine.

      Mr. Tolman's conditions were reviewed with him on May 30, 2018. He signed his conditions acknowledging an understanding of them which includes special condition number 4, as noted above.

      On June 5, 2018, Mr. Tolman reported to his community corrections officer at the Washington Stated Department of Corrections field office in Toppenish, WA. During that visit, Mr. Tolman provide a UA sample which yielded a presumptive positive result for methamphetamine. Mr. Tolman admitted to consuming methamphetamine, was taken into custody, and transported to the Yakima County Jail where he is currently housed.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 11, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

June 14, 2018

Date